The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ONESHARE INTERNATIONAL, ONESHARE HEALTH, LLC and REVEREND PAMELA WOODSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MYRON "MIKE" KREIDLER, WASHINGTON STATE INSURANCE COMMISSIONER, STEVE VALANDRA, TONI HOOD, and TODD DIXON,<br><br>Defendants. | Civil No. 3:20-cv-6207-MJP<br><br>**2ND CORRECTED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR FILING MOTION TO DISMISS AND SET BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS** |

This Court has considered the Parties' 2nd Corrected Joint Motion to Extend Deadline for Filing Motion to Dismiss and Set Briefing Schedule for Motion for Preliminary Injunction and Motion to Dismiss. The Court therefore ORDERS:

That the Parties' 2nd Corrected Joint Motion to Extend Deadline for Filing Motion to Dismiss and Set Briefing Schedule for Motion for Preliminary Injunction and Motion to Dismiss is GRANTED;

That the following briefing schedule will apply to the Motion for Preliminary Injunction and the anticipated motion to dismiss:

2ND CORRECTED ORDER GRANTING THE PARTIES JOINT MOTION TO RENOTE MOTION FOR PRELIMINARY INJUNCTION, EXTEND DEADLINE FOR FILING MOTION TO DISMISS, AND SET BRIEFING SCHEDULE
CIVIL NO . 3:20-CV-6207-MJP

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

| | Deadline |
|---|---|
| Defendants' Answer or Motion to Dismiss in Lieu of an Answer | January 19, 2021 |
| Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | January 25, 2021 |
| Plaintiffs' Reply in Support of Plaintiffs' Motion for Preliminary Injunction | February 5, 2021 |
| Plaintiffs' Opposition to Defendants Motion to Dismiss | February 16, 2021 |
| Defendants' Reply in Support of Defendants' Motion to Dismiss | February 19, 2021 |

That Plaintiffs' Motion for Preliminary Injunction will be re-noted for February 5, 2021; and;

That Defendants' deadline to file an Answer or Motion to Dismiss in Lieu of an Answer is extended to January 19, 2021.

It is so ORDERED.

DATED this 28th day of December 2020.

Marsha J. Pechman
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Marta DeLeon
MARTA DELEON, WSBA #35779
Assistant Attorney General
Attorneys for Defendants

Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Telephone: (360) 753-3168
E-mail: Marta.DeLeon@atg.wa.gov

*Attorneys for Defendants*

2ND CORRECTED ORDER GRANTING THE PARTIES JOINT MOTION TO RENOTE MOTION FOR PRELIMINARY INJUNCTION, EXTEND DEADLINE FOR FILING MOTION TO DISMISS, AND SET BRIEFING SCHEDULE
CIVIL NO . 3:20-CV-6207-MJP

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

**PROOF OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered user of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

| | |
|---|---|
| JOHN C. ROBERTS JR.<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>701 FIFTH AVE., SUITE 5100<br>SEATTLE, WA 98104-7036 | JROBERTS@WSGR.COM<br>MMCCONNELL@WSGR.COM<br>SJOHNSON@WSGR.COM<br>JMS@GG-LAW.COM |

MICHAEL W. MCCONNELL
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

STEFFEN N. JOHNSON
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K STREET NW
WASHINGTON DC 20006

DEREK L. GAUBATZ
SCOTT J. WARD
J. MATTHEW SZYMANSKI
GAMMON & GRANGE, P.C.
8280 GREENSBORO DRIVE, SUITE 140
MCLEAN, VA 22102-3884

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this __28th__ day of December, 2020 at Olympia, Washington.

/s/ Laura Chadwick

LAURA YAEL CHADWICK
Legal Assistant

2ND CORRECTED ORDER GRANTING THE PARTIES JOINT MOTION TO RENOTE MOTION FOR PRELIMINARY INJUNCTION, EXTEND DEADLINE FOR FILING MOTION TO DISMISS, AND SET BRIEFING SCHEDULE
CIVIL NO. 3:20-CV-6207-MJP

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006